■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND MAHONEY, Appellant. — Appeal from a judgment of the County Court, Richmond County, convicting appellant of assault in the second degree. ■ unanimously affirmed.  No opinion.  Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD PETERS, Appellant. — Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of assault in the third degree and sentencing him to 60 days' imprisonment, execution of which was suspended, and from said sentence.  Judgment reversed on the law and the facts and information dismissed.  Appellant's guilt was not established beyond a reasonable doubt.  During the trial the complainant, a mentally retarded 20-year-old girl, was permitted to be examined and cross-examined without being sworn.  There is no provision in the Code of Criminal Procedure authorizing such practice.  Complainant's statement, therefore, was without probative value and was inadmissible.  The testimony of the other witnesses did not, in our opinion, constitute the "additional proof that the crime charged has been committed" as required by section 395 of the Code of Criminal Procedure.  (*People* v. *Brasch,* 193 N. Y. 46; *People* v. *Cuozzo,* 292 N. Y. 85.)  No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction.  Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ROMANO, Appellant. — Appeal from an order of the County Court, Kings County, dated June 18, 1953, denying, after a hearing, appellant's application in the nature of a writ of error *coram nobis* to vacate a judgment rendered by said court on July 10, 1946 convicting him of murder in the first degree and sentencing him, pursuant to the jury's recommendation, to a term of life imprisonment.  The appeal is also from a so-called informal order dated May 27, 1953.  Order dated June 18, 1953 unanimously affirmed.  No opinion.  Appeal from the so-called informal order dated May 27, 1953 dismissed.  This order was superseded by the formal order.  Present — Nolan, P. J., Murphy, Ughetta and Hallinan, JJ.  Beldock, J., not voting.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LARRY EGERTON, Appellant, against JOHN F. McNEILL, as Superintendent of Matteawan State Hospital, Respondent. — Appellant, under indictment for murder in the first degree, is in custody in the Matteawan State Hospital under the provisions of section 662-b of the Code of Criminal Procedure.  In this habeas corpus proceeding it is alleged that he is now able to confer with counsel so that preparations may proceed for the trial of the indictment.  The return alleges that appellant is in such a state of insanity, idiocy, or imbecility as to be unable to understand the nature of the indictment pending against him and to make his defense thereto.  The appeal is from an order, made after a hearing, dismissing the writ and remanding appellant, and from the decisions made on the return of said writ.  Order unanimously affirmed, without costs.  No opinion.  Appeal from decisions dismissed, without costs.  No appeal lies from decisions.  Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.